1  MCGREGOR W. SCOTT
   United States Attorney
2  VICTORIA L. BOESCH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    Victoria.Boesch@usdoj.gov
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDIS KHANI, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION BY FEDERAL DEFENDANTS** |
| v. | |
| **UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY, IMADE OSAGHAE, PA-C, SANDRA BRAVO, LVN** | |
| Defendants. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from California State Court to the United States District Court pursuant to 42 U.S.C § 233(c).

The United States, through the undersigned attorney, respectfully represents that:

1. Defendants United Health Centers of the San Joaquin Valley, Imade Osaghae, and Sandra Bravo, (hereinafter "defendants") are named in a civil action now pending in the Superior Court of California for the County of Fresno, entitled *Pardis Khani v. United Health Centers of the San Joaquin Valley, Imade Osaghae, PA-C, Sandra Bravo, LVN*, Case No. 20CECG01502. A copy of the state-court complaint is attached as Exhibit A.

2. This state-court action may be removed pursuant to 42 U.S.C § 233(c) for the following reasons:

(a) United Health Centers of the San Joaquin Valley is a federally deemed and supported health center and grantee of the United States Department of Health & Human Services by which Imade Osaghae and Sandra Bravo are employed. As such, for purposes of the Federal Tort Claims Act (28 U.S.C. §§ 2671 *et seq.* and 28 U.S.C. § 1346(b)), defendants are deemed federal employees. 42 U.S.C. § 233(g)-(n).

(b) Defendants were acting within the scope of this deemed federal employment at the time of the alleged incident. *See* Scope of Federal Employment Certification filed herewith.

(c) Under the Federal Tort Claims Act, plaintiff's exclusive remedy for tort damages allegedly caused by defendants is an action against the United States. 42 U.S.C. § 233(a), (g)-(n).

(d) The United States District Courts have exclusive jurisdiction over such tort actions. 28 U.S.C. § 1346(b).

(e) No trial has yet been had in state court in this action. *See* 42 U.S.C § 233(c) (Attorney General may remove civil action against deemed federal employee upon scope-of-employment certification at any time before trial).

WHEREFORE, the United States hereby removes the above-described state court action

NOTICE OF REMOVAL OF CIVIL
ACTION BY FEDERAL DEFENDANTS         1

from Fresno County Superior Court to this Court.

Dated: July 23, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

**NOTICE OF REMOVAL OF CIVIL
ACTION BY FEDERAL DEFENDANTS**     2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **July 23, 2020** she served a copy of:

## NOTICE OF REMOVAL OF

## CIVIL ACTION BY FEDERAL DEFENDANTS

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Roseville, California.

Addressee(s):

**ADAM B. STIRRUP**
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Avenue
Fresno, CA 93711

                                              */s/Annette Lopez*
                                             ANNETTE LOPEZ