# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:** UNITED HEALTH CENTERS OF THE SAN *(AVISO AL DEMANDADO):* JOAQUIN VALLEY; IMADE OSAGHAE, PA-C; SANDRA BRAVO, LVN; DOES 1 to 50, inclusive<br><br>**YOU ARE BEING SUED BY PLAINTIFF:** PARDIS KHANI *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* | *FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE)*<br><br>E-FILED<br>5/22/2020 8:35 AM<br>Superior Court of California<br>County of Fresno<br>By: A. Rodriguez, Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Fresno<br>1130 O Street<br>Fresno, California  93721-2220 | CASE NUMBER:<br>*(Número del Caso):* 20CECG01502 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Adam B. Stirrup
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BARADAT & PABOOJIAN, INC.
720 W. ALLUVIAL AVE., FRESNO, CA 93711
(559) 431-5366

DATE:
*(Fecha)* 5/22/2020                    Clerk, by _____, Deputy
                                       *(Secretario)*          A. Rodriguez *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Adam B. Stirrup                                    SBN: 257683<br>BARADAT & PABOOJIAN, INC.<br>720 W. Alluvial Avenue<br>Fresno, CA 93711<br>TELEPHONE NO:(559) 431-5366        FAX NO. (Optional):(559) 431-1702<br>E-MAIL ADDRESS (Optional):abs@bplaw-inc.com<br>ATTORNEY FOR (Name):Plaintiff, PARDIS KHANI | FOR COURT USE ONLY<br><br>E-FILED<br>5/22/2020 8:35 AM<br>Superior Court of California<br>County of Fresno<br>By: A. Rodriguez, Deputy |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OFFRESNO<br>STREET ADDRESS:1130 O Street<br>MAILING ADDRESS:1130 O Street<br>CITY AND ZIP CODE:Fresno, 93721-2220<br>BRANCH NAME:B.F. Sisk Courthouse |
|---|

| PLAINTIFF: PARDIS KHANI<br><br>DEFENDANT: UNITED HEALTH CENTERS OF THE SAN JOAQUIN<br>VALLEY; IMADE OSAGHAE, PA-C; SANDRA BRAVO, LVN<br>[X] DOES 1 TO  50, inclusive |
|---|

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[  ] AMENDED (Number):<br>Type (check all that apply):<br>[  ] MOTOR VEHICLE   [X] OTHER (specify):MEDICAL MALPRACTICE<br>[  ] Property Damage   [  ] Wrongful Death<br>[  ] Personal Injury   [  ] Other Damages (specify): | |
|---|---|
| Jurisdiction (check all that apply):<br>[  ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded    [  ] does not exceed $10,000<br>             [  ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[  ] ACTION IS RECLASSIFIED by this amended complaint<br>   [  ] from limited to unlimited<br>   [  ] from unlimited to limited | CASE NUMBER: 20CECG01502 |

1. **Plaintiff** (name or names):Pardis Khani

   alleges causes of action against **defendant** (name or names):

   United Health Centers of the San Joaquin Valley; Imade Osaghae, PA-C; Sandra Bravo, LVN; DOES 1 to 50, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages:4

3. Each plaintiff named above is a competent adult

   a. [  ] **except plaintiff** (name):
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity (describe):
      (3) [  ] a public entity (describe):
      (4) [  ] a minor   [  ] an adult
         (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [  ] other (specify):
      (5) [  ] other (specify):

   b. [  ] **except plaintiff** (name):
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity (describe):
      (3) [  ] a public entity (describe):
      (4) [  ] a minor   [  ] an adult
         (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [  ] other (specify):
      (5) [  ] other (specify):

   [  ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: KHANI v. UNITED HEALTH CENTERS | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person   OF THE SAN JOAQUIN VALLEY

a. ☒ **except** defendant *(name)*:UNITED HEALTH CENTERS
   (1) ☒ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

c. ☐ **except** defendant *(name)*:
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

b. ☐ **except** defendant *(name)*:
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

d. ☐ **except** defendant *(name)*:
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-50                         were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1-50                         are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: KHANI v. UNITED HEALTH CENTERS | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    (1) ☒ according to proof
    (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    All checked paragraphs of this Complaint and the General Negligence Cause of Action.

Date: May 21, 2020

Adam B. Stirrup
_____
    (TYPE OR PRINT NAME)

▶ _____
    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**PLD-PI-001(2)**

| SHORT TITLE: KHANI v. UNITED HEALTH CENTERS | CASE NUMBER: |
|---|---|

| FIRST | CAUSE OF ACTION—General Negligence | Page 4 |
|---|---|---|
| (number) | | |

ATTACHMENT TO [ X ] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* PARDIS KHANI

     alleges that defendant *(name):* UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY; IMADE OSAGHAE, PA-C; SANDRA BRAVO, LVN

     [ X ] Does    1    to    50, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about June 5, 2019 through September 19, 2019
at *(place):* United Health Centers of the San Joaquin Valley, 1570 7th Street, Sanger, California.

*(description of reasons for liability):*

Defendants, and each of them, were physicians, surgeons, nurses, physician assistants, clinics, hospitals, and/or health care providers, duly licensed to practice medicine and offer nursing and other services in the State of California, each holding himself or herself out to possess that degree of skill, ability, and learning, common to medical practitioners in the community.

That on or about June 5, 2019, through September 19, 2019, and at all times thereafter, Plaintiff consulted with Defendants, and each of them, for the purpose of obtaining a diagnosis and treatment of an injury, condition, and illness and employed said Defendants, and each of them, to care for and treat Plaintiff and to do those things necessary and proper in said care and treatment.  That said Defendants, and each of them, undertook said employment and agreed to do all things reasonable, proper, and necessary in connection therewith, and said Defendants and each of them, thereafter, entered such employment, individually, and by and through their employees, servants, and agents.

Pursuant to said agreement, and on or about June 5, 2019, through September 19, 2019, Plaintiff was examined and underwent treatment for rashes, including a kenalog injections, as well as other diagnostic and therapeutic procedures and, thereafter, continued to be treated and cared for by Defendants, and each of them.

That at all times mentioned herein, Defendants, and each of them, failed to use reasonable care or skill common to medical practitioners in the community and further, failed to use reasonable care in the diagnosis and treatment of said condition, illness, and injury, in that they did not provide Plaintiff with proper treatment or properly refer her for treatment resulting in injury and damage to Plaintiff.  At all times each of said Defendants was acting as the agent for each of the other Defendants.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

| SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO<br>Civil Unlimited Department, Central Division<br>1130 "O" Street<br>Fresno, California  93724-0002<br>(559) 457-1900 | FOR COURT USE ONLY<br><br>5/22/2020<br><br>Filed by Court |
|---|---|
| TITLE OF CASE:<br><br>  Pardis Khani vs. United Health Centers of the San Joaquin Valley | |
| NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT OF<br>JUDGE FOR ALL PURPOSES | CASE NUMBER:<br><br>20CECG01502 |

To All Parties and their Attorneys of Record: Adam B. Stirrup

> This case has been assigned to **Kimberly Gaab**, Judge  for **all purposes**.
> All future hearings will be scheduled before this assigned judge.

You are required to appear at a Case Management Conference on **10/13/2020** at **3:30 PM** in **Department 402** of the court located at **1130 "O" Street, Fresno, California.**

You must comply with the requirements set forth in Fresno Superior Court Local Rule Chapter 2.

Failure to appear at the conference may result in imposition of sanctions, waiver of jury trial, or other adverse consequences.

**Defendants:**  Appearance at the Case Management Conference does not excuse you from having to file your response in proper legal form within 30 days after the Summons is served on you. You could lose the case if you do not file your response on time.  If you do not know an attorney, and do not have one, you may call an attorney referral service or a legal aid office (*listed in the phone book*).

---

### DECLARATION

I declare under penalty of perjury under the laws of the State of California that I gave a copy of the **Notice of Case Management and Assignment of Judge for All Purposes** to the person who presented this case for filing.

Date:  **5/22/2020**                                                          Clerk, by   **Ashley Rodriguez**                                          , Deputy

---

CV-48  R03-09

**NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT
OF JUDGE FOR ALL PURPOSES**