# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDIS KHANI,<br><br>      Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 1:20-cv-01027-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 6) |

Plaintiff, Pardis Khani, and Defendant, United States of America, have filed a stipulation to dismiss the entire action without prejudice (ECF No. 6). In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **August 24, 2020**     /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE